FILE COPY

RE: Case No. 25-0581                    DATE: 8/20/2025
COA #: 15-24-00074-CV              TC#: D-1-GN-23-008185
STYLE: WOODWARD v. NELSON

A third petition for review was filed today in the above-styled case.  You may file either a response, or a waiver of response.  If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3)  There is no fee for a response or a waiver.


                    SHANNON  HUGGINS
                    PO BOX 533
                    SNOOK, TX  77878

FILE COPY

RE: Case No. 25-0581          DATE: 8/20/2025
COA #: 15-24-00074-CV          TC#: D-1-GN-23-008185
STYLE: WOODWARD v. NELSON

A third petition for review was filed today in the above-styled case.  You may file either a response, or a waiver of response.  If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3)  There is no fee for a response or a waiver.


                    HEATHER  COUCHMAN
                    SAN ANTONIO, TX  78232

FILE COPY

RE: Case No. 25-0581                    DATE: 8/20/2025
COA #: 15-24-00074-CV              TC#: D-1-GN-23-008185
STYLE: WOODWARD v. NELSON

A third petition for review was filed today in the above-styled case.  You may file either a response, or a waiver of response.  If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3)  There is no fee for a response or a waiver.


                    MICHELLE   PIQUE
                    LEWISVILLE, TX  75077

RE: Case No. 25-0581　　　　　　　　DATE: 8/20/2025
COA #: 15-24-00074-CV　　　　TC#: D-1-GN-23-008185
STYLE: WOODWARD v. NELSON

A third petition for review was filed today in the above-styled case. You may file either a response, or a waiver of response. If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3) There is no fee for a response or a waiver.

TRAVIS WAYNE EUBANKS
SAN ANTONIO, TX 78260

FILE COPY

RE: Case No. 25-0581                          DATE: 8/20/2025
COA #: 15-24-00074-CV                TC#: D-1-GN-23-008185
STYLE: WOODWARD v. NELSON

    A third petition for review was filed today in the above-styled case. You may file either a response, or a waiver of response. If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3) There is no fee for a response or a waiver.


SHARON  JAROLAN
THE COLONY, TX  75056

FILE COPY

RE: Case No. 25-0581      DATE: 8/20/2025
COA #: 15-24-00074-CV    TC#: D-1-GN-23-008185
STYLE: WOODWARD v. NELSON

 A third petition for review was filed today in the above-styled case.  You may file either a response, or a waiver of response.  If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3)  There is no fee for a response or a waiver.


      AMANDA MARIE EUBANKS
      SAN ANTONIO, TX  78620

FILE COPY

RE: Case No. 25-0581                    DATE: 8/20/2025
COA #: 15-24-00074-CV              TC#: D-1-GN-23-008185
STYLE: WOODWARD v. NELSON

A third petition for review was filed today in the above-styled case.  You may file either a response, or a waiver of response.  If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3)  There is no fee for a response or a waiver.


                    JARRETT  WOODWARD
                    SAN ANTONIO, TX  78249

FILE COPY

RE: Case No. 25-0581                          DATE: 8/20/2025
COA #: 15-24-00074-CV                  TC#: D-1-GN-23-008185
STYLE: WOODWARD v. NELSON

    A third petition for review was filed today in the above-styled case.  You may file either a response, or a waiver of response.  If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3)  There is no fee for a response or a waiver.

                  TRACI   JONES
                  RED OAK, TX  75154
                  * DELIVERED VIA E-MAIL & POSTAL *

FILE COPY

RE: Case No. 25-0581                          DATE: 8/20/2025
COA #: 15-24-00074-CV                  TC#: D-1-GN-23-008185
STYLE: WOODWARD v. NELSON

A third petition for review was filed today in the above-styled case.  You may file either a response, or a waiver of response.  If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3)  There is no fee for a response or a waiver.


LARS  KUSLICH
LIBERTY, TX  77575
* DELIVERED VIA E-MAIL & POSTAL *

RE: Case No. 25-0581                      DATE: 8/20/2025
COA #: 15-24-00074-CV            TC#: D-1-GN-23-008185
STYLE: WOODWARD v. NELSON

A third petition for review was filed today in the above-styled case.  You may file either a response, or a waiver of response.  If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3)  There is no fee for a response or a waiver.


                    SHARON   COTTON
                    RED OAK, TX   75154
                    * DELIVERED VIA E-MAIL & POSTAL *

FILE COPY

RE: Case No. 25-0581                    DATE: 8/20/2025
COA #: 15-24-00074-CV              TC#: D-1-GN-23-008185
STYLE: WOODWARD v. NELSON

A third petition for review was filed today in the above-styled case.  You may file either a response, or a waiver of response.  If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3)  There is no fee for a response or a waiver.

DISTRICT CLERK  TRAVIS COUNTY
TRAVIS COUNTY COURT
P. O. BOX 679003
AUSTIN, TX  78767
* DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0581                    DATE: 8/20/2025
COA #: 15-24-00074-CV            TC#: D-1-GN-23-008185
STYLE: WOODWARD v. NELSON

A third petition for review was filed today in the above-styled case.  You may file either a response, or a waiver of response.  If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3)  There is no fee for a response or a waiver.

MR. WILLIAM  WASSDORF
OFFICE OF THE ATTORNEY GENERAL
PO BOX 12548
AUSTIN, TX  78711-2548
* DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0581                          DATE: 8/20/2025
COA #: 15-24-00074-CV                    TC#: D-1-GN-23-008185
STYLE: WOODWARD v. NELSON

A third petition for review was filed today in the above-styled case.  You may file either a response, or a waiver of response.  If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3)  There is no fee for a response or a waiver.

CHRISTOPHER  PRINE
FIFTEENTH COURT OF APPEALS
P.O, BOX 12852
AUSTIN, TX  78711
* DELIVERED VIA E-MAIL *

RE: Case No. 25-0581                 DATE: 8/20/2025
COA #: 15-24-00074-CV          TC#: D-1-GN-23-008185
STYLE: WOODWARD v. NELSON

    A third petition for review was filed today in the above-styled case.  You may file either a response, or a waiver of response.  If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3)  There is no fee for a response or a waiver.

                     MS. STEPHANIE  CRISCIONE
                     ASSISTANT ATTORNEY GENERAL
                     PO BOX 12548 CAPITOL STATION
                     AUSTIN, TX  78711-2548
                     * DELIVERED VIA E-MAIL *